UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. PEREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 24-cv-09327-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 21 |

The Parties in this case were referred to mediation on May 13, 2025. Dkts. 18-19. Based on the certification of the Mediator, the Court is informed that the Parties settled the case on October 30, 2025. Dkt. 21. Accordingly, all previously-scheduled case management deadlines are hereby **VACATED**, including the November 18, 2025 case management conference.

No later than **December 2, 2025**, the Parties shall file a stipulation of dismissal or a joint status report informing the Court as to (1) the status of the Parties' efforts in finalizing the settlement and (2) how much additional time, if any, is needed to file a stipulation of dismissal. If the Parties do not file a stipulation of dismissal by that date, they **shall** then appear on **December 9, 2025 at 10:00 am** via videoconference and show cause, if any, why this case should not be dismissed.

　　**SO ORDERED.**

Dated: November 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge